UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
    :
KIRAN VUPPALA,    :
    :
    Plaintiff,    :    19-CV-3596 (JMF)
    :
    -against-    :    **ORDER**
    :
INSTYLE COLLECTION INC., et al.,    :
    :
    Defendants.    :
    :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been assigned to the undersigned for settlement purposes. The Court will hold a Pre-Settlement Conference Telephone Call on **Tuesday, January 7, 2020 at 11:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                             *s/ Ona T. Wang*

Dated: December 9, 2019                                  **Ona T. Wang**
      New York, New York                     United States Magistrate Judge