**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KIRAN VUPPALA,                                   :

            Plaintiff,                     :      No. 19-CV-3596 (JMF) (OTW)

            -against-                   :      **ORDER**

INSTYLE COLLECTION INC., et al.,        :

            Defendants.           :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A pre-settlement conference telephone call was held in this matter on January 7, 2020. In accordance with the Court's instructions on that call, it is now hereby:

ORDERED that an in-person Settlement Conference will be held on **Tuesday, February 25, 2020 at 10:00 am** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Order.

It is further ORDERED that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be emailed to Chambers by **February 18, 2020**.

      **SO ORDERED.**

                                                      _s/ Ona T. Wang_

Dated: January 7, 2020                                   **Ona T. Wang**
      New York, New York                     United States Magistrate Judge