# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 18, 2020

**VIA CM/ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, NY 10007-1312

> Application GRANTED. The pretrial conference previously scheduled for June 3, 2020 is ADJOURNED until **July 22, 2020** at **3:30 p.m.** The Clerk of Court is directed to terminate ECF No. 55. SO ORDERED.
>
> *[signature]*
>
> May 19, 2020

Re: **Vuppala v. Instyle Collection Inc., d/b/a Variazioni Store #2**, et al.
Case 1:19-cv-03596-JMF

Dear Judge Furman:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the businesses in this matter, it continues to be very difficult for the parties to proceed with discovery and any potential possibility for productive settlement negotiations at this time. For instance, Variazioni Store #2, a clothing store and trade name for Instyle Collection, Inc., has been closed and not opened for business until the City lifts the mandated restrictions on non-essential businesses.

Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference scheduled in this matter. The undersigned has conferred with opposing counsel who consent to this request.

The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com