UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KIRAN VUPPALA,                                                     :
                                                                   :
                              Plaintiff,                           :    19-CV-3596 (JMF)
                                                                   :
               -v-                                                 :    ORDER
                                                                   :
INSTYLE COLLECTION INC., et al.,                                   :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------:
                                                                   X

JESSE M. FURMAN, United States District Judge:

      The Court overlooked the fact that the pretrial conference in this case had been adjourned to July 22, 2020, when it entered its Order of May 26, 2020. *See* ECF No. 57. The Court has not yet determined whether the pretrial conference scheduled for July will proceed in person. Accordingly, the Court's Order of May 26, 2020 is hereby VACATED.

      SO ORDERED.

Dated: May 28, 2020
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge