UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
KIRAN VUPPALA,                              :

                     Plaintiff,          :
                                      :      19-CV-3596 (JMF)
         -v-                           :
                                      :      <u>ORDER</u>
INSTYLE COLLECTION INC., *et al.*,        :

                   Defendants.      :
                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Based on a letter jointly submitted by counsel for Plaintiff and former counsel for Defendant Instyle Collection Inc., *see* ECF No. 68, all claims against Defendant Instyle Collection Inc. are dismissed with prejudice.

      SO ORDERED.

Dated: September 2, 2020
      New York, New York                          JESSE M. FURMAN
                                              United States District Judge